# CRIMINAL CAUSE FOR STATUS CONFERENCE

**Before: Roslynn R. Mauskopf, U.S.D.J.**   Date: **2/23/12**   Time in Court: 30 mins

**Docket Number:**     11-CR-00672

Deft Name:   Jesse Hippolite
      X   Present      ___ Not Present      X Custody      ___ Bail

Defense Counsel:  Douglas Morris
      ___ CJA      ___ Retained      X   Federal Defenders


A.U.S.A.:  Tyler Smith                              Court Reporter:  Anthony Mancuso
Deputy Clerk: Winnie Valentin


 X    Status Conference held.


 X    **Speedy Trial**: Code Type   XT    Start   2/23/2012    Stop  **3/6/12**
      ___ Order / Waiver Executed & Filed.   X   Entered on record.
       X   In the interest of justice as stated on the record and with consent of parties.


 X     Pleading scheduled for March 6, 2012, at 3:30 p.m.


OTHER: